

**ORDERED in the Southern District of Florida on February 2, 2018.**

*Laurel M. Isicoff*
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                    Case No.   17-19377-BKC-LMI

OLGA M. REYES,                                                 Chapter 13

      Debtor.
_____/

### ORDER DENYING DEBTOR'S EMERGENCY MOTION TO REOPEN CHAPTER 13 CASE AND TO SHORTEN PREJUDICE <u>PERIOD</u>

This matter came before the Court upon the Debtor's Emergency Motion to Reopen Chapter 13 Case and to Shorten the Prejudice Period (the "Motion") (ECF #51) filed on February 1, 2018.

In the Motion, the Debtor is requesting a hearing less than a week before a scheduled foreclosure sale. This bankruptcy case was dismissed by the Court over two months ago but the Debtor has not taken any actions to reinstate the case until now. Moreover, this Debtor has filed

two bankruptcy cases within the last year, both of which have been dismissed for, among other things, failure to make plan payments. Case no. 15-11241-BKC-LMI was dismissed on May 15, 2017 and this case was dismissed on November 21, 2017.

Even if this Court were inclined to set a hearing notwithstanding the short notice, and because the Debtor has had two bankruptcy cases dismissed within the past year, there would be no automatic stay in place if the Debtor filed a new case. The Bankruptcy Code says "if [two] or more single or joint cases of the debtor were pending within the previous year but were dismissed…the [automatic] stay under subsection (a) shall not go into effect upon the filing of the later case". 11 U.S.C. §362(c)(4)(A)(i)[1].

Because the Debtor waited until the last minute to file this Motion, and because the Debtor did not make any plan payments in this case and stopped making plan payments in her prior case (Case no. 15-11241-BKC-LMI), it is not appropriate to grant the requested relief. Had the Debtor done something in the last two and a half months or filed this Motion much sooner, other alternatives might have been available.

Based on the record, it is

ORDERED that:

1. The Motion is DENIED.

###

Copies furnished to:
Olga M. Reyes, Debtor
Juilo C Marrero, Attorney

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*

---

[1] The statute allows a debtor to ask the court to put the automatic stay in place by filing a motion and a having a hearing; a hearing at which the debtor would have to show that the new case was not filed in bad faith.