UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

In Re

OLGA M. REYES,

Debtor

Bankruptcy Case No 17-19377-LMI

MOTION TO REQUEST JUDGE TO RECONSIDER MY PRIOR MOTION TO REOPEN MY CHAPTER 13 CASE AND TO SHORTEN THE 180 PREJUDICE PERIOD

FILED 18 FEB 16 PM 03:33 USBCSDF-MIA

I, OLGA M. REYES, move to this Court, by this Motion to ask the Judge to please reconsidered his prior decision with regard to reopen my prior case to shorten the prejudice time and allow me to file a new bankruptcy case before 180 days prejudice time to start making payments to the bankruptcy court based in a plan after working hard in the property again to recover the income lost due to the damage of the last September hurricane for which damage I was not allowed to collect the required income to do a Modification of my loan or high payments in the bankruptcy court and for which damage I was not able to recover any money from Fema or the Insurance Company that the Bank is paying and is being added to the payoff amount I owed to the Bank and took off the income I was having after filing my last case which was dismissed on 11/21/17 also because I could not attend to the Meeting of Creditors because I was admitted to the hospital. Also, prior to the day of the meeting I have sent a Certificate from the neurology to my prior lawyers advising I was not in my best medical condicion to attend to that meeting. I was told that my lawyers were supposed to send a letter to the court with the certificate to adjourn the meeting.

I waited to the last days to file my prior Motion because the Bank sent me letters regarding refinancing and I was having a new hope but after calling I was told that I don't qualify for that because I was not up to date with the payments. Then, I forwarded a new Modification package and I was hoping in an approval. Also, I don't have a computer at home and after typing and typing in the library the Motion was erased because I did not print the document before the cut off time. Also, Your Honor mentioned in your Order that in my prior case dismissed with the Corona Law Firm I did'nt made payments but I made payments for several months. My lawyer never changed the plan for me to include my son's gross salary and increase my payments in the plan, the bank denied the Modification due to low income and when I was denied *I called my lawyers to find out what to do if I was denied if I was supposed to continue with the payments, and after many calls, because my lawyer America was not going all days to work because her mother was very sick until she died and nobody else in the law office took care of my case my case was dismissed. I made a Motion to the Court dated 3/22/17 explaining of this situation and I served those lawyers with the Motion. Mr. Corona came to the hearing and he did not opposed to what I stated. I am attaching a copy of that long Motion for Your Honor to read it. Bad things had happened to me but I am positive and I need to continue in my efforts to save my only home. Also, with my last case something also happened. After I forwarded to my other lawyers of my last case the information at the beginning of the case for the plan the hurricane of last September*

*came and damage the house. Some places of the house I was aware of this including the room of a roommate that moved right before the hurricane but others rooms occupied by roommates that I don't have access to it I didn't even know right after the hurricane of the damage to the premises and the damage to the income because the people living in the rooms where the roof damaged their income was then excluded from the income coming and I called Janet Bondomo, the clerk doing the papers and explained this to her to change the payments in the plan and she did not changed anything. She also told me that the payments for the plan starting one month after I have filed I was supposed to bring them to the Meeting of Creditors, not that I wqs supposed to pay for the payments before. When I heard the day before the meeting, in a phone message they left, I noticed the amount did not reflected the decreased income I had it. Besides, I was being treated by the Neurologist for a risk of embolism I have, seeing in a MRI, now also I was very stressed by all the work after this hurricane and the income missing from roommates plus the income spended in work and repairs and due to that my blood pressure and blood sugars went very high in all of those days prior and the day of the meeting instead of being able to try to appear and explain I went to the Emergeny Room not feeling well and the hospital decided to admit me. After that, I continued to be sick and under treatment. I also find out from my lawyers that the case was dismissed that I was not supposed to go back to Court. I spoke to a lawyer of bankruptcy that she doesn't practice in Miami anymore that my lawyers were supposed to do a Motion to the Court explaining the situation of the house. Since then, I was very busy taking care of the house, working, paying people to work, to take debris out which is very expensive, to repair places of the inside ceiling that broke again and again because nobody knew where the water was coming from because after fixing the outside roof, nobody has discovered that there was a secret area within the inside walls that the water was filtering from the roof on top of the windows. Again, photos attached.*

*Your Honor, maybe this laws that you mentioned in your Order are new and very interested to me to know that I am not a lawyer but please understand that there was an outside creator of bad things that caused damage to my income and as a result to my case and to my health: THE HURRICANE.*

*In these months, I am keeping myself very busy, hoping in God, that if I am positive working in the house to bring more of my family and friends to live in the house and helping with their income I will be approved for a Modification. Now I have the income that in the past I was told by lawyers I need to have to do a good Modification. (The Modification of January was denied. The Bank did not received some of the most important papers and instead of requesting them, they again did not approve the Modification but I spoke to them and I was told where to send the papers again. I have now the income I need to go again to the Bankruptcy Court and make better payments to show the Bank that I really care about my only home that I have for 30 years. I asked them before to put me in a period of proof to do my payments but I was never approved for this. I don't have where to go. I don't have brothers and sisters. I have a family and we have pets that depend on me. Nationstar sent me a letter telling me to do all the required, documents or the necessary to stop the sale. I am sure they will help me to save the home if it is not by a Modification of the loan maybe some kind of agreement where they may put the arrears at the end of the loan. In the mentime, I will be taking care of the house, and if they don't approve me soon and Your Honor agrees I will be in bankruptcy making payments to them. I will bring the house to a condition that if they don't approve me I will be in a better position to get private investor that will give me a mortgage or if I have to do it sell the property.*

*YOUR HONOR, please, reconsider your decision and grant me with your pardon and grant me my Motion to Shorten the 180 Prejudice Time to be happy and energy to continue that every single day that*

*I work in the house and I spend money in Home Depot I will be having hope that if I don't get an approval before APRIL 13,2018 IS MY NEXT SALE DATE, I WILL BE FREE TO FILE A NEW BANKRUPTCY CASE TO PROVIDE A PLAN OF PAYMENTS TO THE COURT SO NATIONSTAR WILL BE RECEIVING PAYMENTS THROUGH THE COURT AND AT THAT TIME I AM SURE THEY WILL APPROVE SOME KIND OF AGREEMENT IF FOR ANY REASON CANNOT BE CALLED MODIFICATION.*

*Thank you, for taking the time to read my Motion and attaching documents and for being so kind and understandable.*

*Dated: February 14,2018*

*OLGA M. REYES, Debtor*

*(786) 262-0948*

*P.S If a hearing is required I will serve*

*Notice to*

*Albertelli Law*

# Certificate of Service

I hereby Certify that a true copy of the foregoing has been furnished to the following parties by mail or fax on this ______ day of ______, 2018.

Dated: February 16, 2018

Olga Reyes
______________________
Olga REYES, Defendant

Albertelli Law

United States Bankruptcy Court
Southern District of Florida
Miami Division

FLD"170324AM0952USBCSDF-MIB

IN RE:

Olga M. REYES,

Debtor

Case No 15-11244 BKC-AJC

Chapter 13

EMERGENCY Motion To SHORTEN PREJUDICE TIME To START A NEW Chapter 13

I, Olga M Reyes, move To This Court, by this my Emergency Motion To Shorten Prejudice Time to start new case and get permission of The Judge To get new lawyers since due my prior lawyers behavior my Chapter 13 was dismissed due To The following:

I hire The Corona Law Firm To represent me with regard To The above case and The following happened:

I hire them and pay the Initial amount of $1,800 and I was not permitted To speak To a lawyer at first To Know my rights or Expectations about the Case. According To what I noticed at the meeting with The Trustee The Schedules were filed wrong. The Modification in The MMM program was done incorrect. The full gross salary

U.S. Due To the Dismissal of my case I now face The City of Miami Beach running after me! I have received a call that my water will be cut off due To an old problem related to unknown leak or unknown problem.

(7)

of my son was not reported. When I was denied + I spoke to Nationstar the lady told me that his salary was supposed to be reported because he is a family member and lives in the house. The Bank offered to send new Modification forms which were mailed to Corona and they sent them back to me. I asked them please represent me with this, the Bank is giving me the change. Now I have learned that in Chapter 13 you can do a second MM application. Corona never modify my Plan not even when I explained that I had more income. The letter the Office of the Trustee sent me and also Corona, was not received by me until 2 days after the 15 days to file a Motion to Modify because the mail box broke on the upper part the mail was coming out + somebody from the house, not a family member putted all correspondence during some days in the garden area (cantero) behind a sofa with all newspapers from different business on top. When I discovered I was late 2 days I called Corona (America Alvarez) and

(3)

asked her to file (through her secretary - she rarely comes to the phone) & she said too late and I said please do an Affidavit explaining. Anyway if they were my lawyers they were supposed to keep track of my case (Daisy it) if this was important they knew the letter was not sent certified mail so Corona could have called me and see if I was having the money to pay the arrears or do the Motion to Modify. Always when in the past they called me from their office to bring papers, etc I always called them back & my phone # was the same when they said my Modification was not approved I was under the impression that that means I may not have to make the payments to the Court anymore so I asked Karen, Secretary to ask the lawyer America if I needed to continue with the payments. Karen said I am giving a message to America to call you, she never called. I called again, Karen said again, I told

America To call you, the never called. (4)
I did not sent the September payment waiting to hear from them. Then another problem with The City approached Code Enforcement Officer To tell me Armando Vega that I was being sent to The Master of The Court in Miami Beach on 10/2/16. When I went to the Court I heard They were giving a per diem every day To people did not fixed the house. Attached are the other dates I was supposed To appear 1/5/17 & 3/2/17 and the first time on October, 2016 I will provide if needed the first citation letter. Enclosed here. So since then I used a lot of money To repair the house. My case was closed I have The report of things They made me fixed, and now I have to pay $200. administration fee of the Court. But I am in condition To pay my normal payments to The Court. I was never Told by Corona That I was supposed to Appeal of the modification denial. It was in the papers the Bank sent them. Corona never told me That after stopping the payments still I was going To have another opportunity To start paying and do a modification of my plan since I am in a better position To pay more money now and besides they were also able To include the part of my son's salary that they

I was never notified of modification approval

Case [illegible] called. [illegible] Another day, They said he was busy so I told the secretary to tell Ernesto that if my case would be Dismissed, he was going to re-open my case without charging me. Then he came to speak to me and said he didn't talk to America yet because she was coming to the office rarely. Another day he told me America was not coming to work at all because her mother was dyeing. No other lawyer of the office took care of my case. When America Alvarez came back, she was not sure what documents or motions to file. She told me she needed to speak to Corona. She told me she needed to speak to Corona. America was going to call me that day after talking to Corona and They were expecting me to pay extra for the needed Motions To fix all the problems they caused not filing rent Plan Modifications after I told them. 2-They did not include my whole son's salary. 3-not Moving my case in the calendar To avoid being late To do the motion to Modify after the Non Compliance report was sent. We had this meeting on the Thursday before my case was Dismissed. Even that I was calling on Thursday afternoon, Friday and Monday to know what the answer was, what motions They were going to do, She never answered

never included in The [illegible] Modification. (5)

I would like to mention that after I did the work for Code Enforcement of the house (I expend a lot of money working for this case) I wanted to start again making my payments to the Court as agreed, but when I stopped paying by September of last year that I didn't know at that time I was going to be sent to the Master of the Miami Beach Court and have another problem with the City. I stopped my payments thinking if I was denied the Modification I did not have to do the payments because also at that time was when Corona law office told me that even if I make the payments for 5 years I could'n keep the home. After 2 calls to their office before I stopped the payments I was not able to speak to America then the problem with Code Enforcement came. Then after I discovered reading the letter saying that I was able to modify the Plan (which I received late) I was constinously contacting my lawyers. The secretary Stacey said America Alonso did'n have appointments available she was going to connect me with her by phone until America spoke to me and said that a Ernesto Rodriguez was going to call me back. He never called. I called one day he was away in a friday then I called another day he said he needed to speak to America about my

new Modification allowing my son's (8) full income and other income I have and I am sure Nationstar will help me out. Nationstar sent you new Modification forms and Karen return them to me. and I find out That in Chapter 13 with the judge's permission you can apply to the MM program again etc. He said That for everything I have mentioned he can not do anything for me. I spoke about my case to some lawyers I consulted, and they told me I have to start my case again that no lawyer will take a case that another lawyer is handling or was handling, that there are fees involved.

Please, Your Honor, be so kind as to help me. What I am asking is that you shorten me the time of punishment or prejudice. I will hire other Attorneys to represent me.

Thank you for your attention to my case.

Dated: March 22nd, 2017

Olga M. Reyes
Olga M. Reyes
(786) 2620948

cc Trustee
Nationstar
Corona Law Firm

anything. On Tuesday she came to the phone to tell me the big news that my case was Dismissed. She could have file a Motion to Re-Open case or a the Motion to Modify not, again, she said I will ask Ernesto to call you to see what else we can do. During all these time I also called to speak to Mr. Corona. Not posible he also had a vacation of about 4 days I spoke all the time to Katarene his secretary. On Monday March 20th, he has an appointment in the early afternoon where I informed him of all the above mentioned, he did'n want me to speak because he met me in an office that has a little window to the outside of the hall. He did n't want anyone to hear our conversation. I went there with an authorized appointment, I didn't say anything inappropiate and he told me he was going to call me the police. I said why if I was your client that paid him to represent me. I said please what can you do for me?. I need to save the property. I don't have where to go. I have this house for 30 years. Now me can do a.

Crawford®
U.S. PROPERTY
& CASUALTY
Larry Milburn
Service Center Manager
Mid-Atlantic Service Center

January 11, 2018

Olga Reyes
1440 Lenox Avenue
MIAMI BEACH, FL, 33139

| RE: | Policy #: | TMASDW202106 |
|---|---|---|
| | Insured: | Olga Reyes |
| | Date of Loss: | September 10, 2017 |
| | Our File #: | 3169714 |

Dear Mrs. Reyes;

Crawford & Company, U.S. Property & Casualty is the independent adjusting firm hired on behalf of your insurance carrier, Certain Underwriters at Lloyd's, London to investigate a property damage claim at 1440 Lenox Avenue, MIAMI BEACH, FL, 33139 under the above captioned policy number.

Your policy is subject to, among others, DWELLING STANDARD FIRE DP-1 Coverage Form and all other perils $500.00 deductible. Our investigation has determined that your property damages caused by peril windstorm would not be covered due to policy endorsement TPWINDFL--012 (05/05), WINDSTORM OR HAIL EXCLUSION, SECTION 1 -PERILS INSURED AGAINST, In all forms, coverage for the peril of windstorm or hail is deleted.

On behalf of Certain Underwriters at Lloyd's, London we have been instructed to advise you that upon completion of our investigation they find they will be unable to assist you with any settlement for this occurrence for the following reason(s):

Your policy covers the following 10 perils only:

**SECTION 1 – PERILS INSURED AGAINST**

**We insure for direct physical loss to the property described in Coverage's A, b and C caused by any of the following perils unless the loss is excluded in section 1 – Exclusions.**

* Philadelphia, PA * Allentown, PA * Scranton, PA * Williamsport, PA * Reading, PA * Harrisburg, PA * Altoona, PA * Erie, PA *
* Pittsburgh, PA * Camden, NJ * Trenton, NJ * Mahwah, NJ * Atlantic City, NJ * Newark, DE * Wilmington, DE * Dover, DE *
1405 N. Cedar Crest Boulevard – Suite 100 ■ Allentown, PA 18104 ■ TEL 866-6[illegible]1-7922 ■ FAX 866-286-3711
Email – tri-state@us.crawco.com
www.crawfordandcompany.com

1. **Fire or Lightning**
2. **Windstorm Or Hail**

TPWINDFL--012 (05/05), WINDSTORM OR HAIL EXCLUSION, SECTION 1 - PERILS INSURED AGAINST, in all forms of coverage for the peril of windstorm or hail is deleted.

Please be advised that nothing contained in this letter shall waive, limit or invalidate any other policy provisions, and Certain Underwriters at Lloyd's, London reserves the right to assert other policy defenses afforded under the contract of insurance.

By stating the above reason why your claim is not covered under the policy provisions, Certain Underwriters at Lloyd's, London does not waive any other rights or defenses which they may have. Certain Underwriters at Lloyd's, London regrets that they must decline payment for any claim resulting from this occurrence. If you feel that there are additional facts that should be considered then please advise me in writing

Sincerely,
CRAWFORD & COMPANY


Jeffery M. Hart
Excess & Surplus Lines Claims Manager


CC:   Elite One Insurance Agency, Inc.
      P.O. Box 69
      Tabor City, NC 28463

CC:   Beth Gauldin
      Tapco Underwriters
      3060 S Church St
      Burlington, NC 27215-5153





Bird Road Center
10401 Bird Road
Miami, Florida 33165
(305) 222-2000

114751

Group #

Member ID #

For Ms. Olga Reyes Date 11/15/2017

Address

one medication only

generic substitution allowed

℞ Per patient's request, patient's condition is of chronic micro vascular disease and visual aura associated with headache, and is on Clopidogrel to prevent stroke. With these conditions and others it is advisable to avoid anxiety provoking situations.

Physician Signature Jose Munoz MD

Provider #

Print Name

Refill 0 1 2 ______ times

DEA No. Neurology

Prescription invalid without physician's signature.

Form No. 124-07

12/01

MERCY HOSPITAL (COCMHB)
History & Physical - Adult
REPORT#:1117-0675 REPORT STATUS: Signed
DATE:11/17/17 TIME: 1626

PATIENT: REYES,OLGA UNIT #: D007249840
ACCOUNT#: D61005734666 ROOM/BED: D.8102-1
DOB: 03/24/56 AGE: 61 SEX: F ATTEND: Kuizon,Irene S DO
ADM DT: 11/17/17 AUTHOR: Kuizon,Irene S DO
REP SRV DT: 11/17/17 REP SRV TM: 1626
* ALL edits or amendments must be made on the electronic/computer document *

## History of Present Illness

### HPI

**Chief complaint:**
chest pain, nausea, eructation
**PCP:**
PCP: Elda Hernandez
**HPI:**
This is a 61y/o female with HTN, DM2, migraines with aura, c/o left sided chest pain, nausea, eructation that woke her up early this morning. States she had colonoscopy and EGD 10 yrs ago that she thinks was normal. Denies cardiac work up in the past. Pt's blood sugar upon arrival is 389mg/dL. States that her glucometer is not working for 1 day so she has not been injecting insulin.
**Informant/Historian:**
patient, EHR

## History

### Medication/Allergy-Vaccine Hx

**Medications:**
Home Medications:

| Medication | Dose/Rte/Freq Max Daily Dose | Days | Qty | Entered | Last Reviewed |
|---|---|---|---|---|---|
| CLOPIDOGREL (PLAVIX) Strength: 75 MG TAB | 1 TABLET ONCE A DAY 10:00 AM ORALLY 30 DAY(S) - SIG Obtained From DrFirst | | | 11/17/17 1052 | 11/17/17 1054 |
| TOPIRAMATE (TOPAMAX) Strength: 25 MG TAB | 25 MG PO DAILY | | | 11/17/17 1052 | 11/17/17 1054 |
| traMADol (ULTRAM) Strength: 50 MG TAB | 50 MG PO Q8H PRN PRN PAIN | | | 11/17/17 1053 | 11/17/17 1054 |
| INSULIN LISPRO (HumaLOG) Strength: 100 UNIT/ML CARTRIDGE | | | | 11/17/17 1053 | 11/17/17 1054 |
| LISINOPRIL (ZESTRIL) Strength: 20 MG TAB | 20 MG PO DAILY | | | 11/17/17 1054 | 11/17/17 1054 |

Patient: REYES,OLGA
Unit#:D007249840
Date: 11/17/17
Acct#:D61005734666

## Treatment & Prophylaxis

### Treatment & Prophylaxis

**VTE Prophylaxis**
**VTE Prophylaxis initiated:** Yes

## Diagnosis, Assessment & Plan

**Free Text A&P:**
1. Chest pain, nausea, eructation
Serial CEs to R/O ACS
Case d/w Dr Hourani. Pt will need outpatient Cardiology f/u.
GI, Dr Shah, ordered gastric emptying study
2. DM2: uncontrolled hyperglycemia due to insulin noncompliance
pt states her glucometer is not working; she promises to go to her clinic to get a new one on Monday; otherwise, will give rx for a new glucometer that she get from any pharmacy over the weekend
start levemir, ISS
3. HTN: on lisinopril
4. Migraines with aura
Pt had an MRI brain in April 2017 that showed chronic small vessel ischemia, ordered by her neurologist, Dr Jose Munoz, who reportedly placed her on topamax and plavix
**Plan discussed with:** patient, consultants, nurse

Electronically Signed by Kuizon,Irene S DO on 11/17/17 at 1656

RPT #: 1117-0675
***END OF REPORT***



FedEx
Office

# Fax Cover Sheet

Date 1/17/18

Number of pages ______ (including cover page)

**To:**

Name Modification

Company Mr Cooper

Telephone ____________

Fax 214 488 1993

**From:**

Name Olga Lagos

Company ____________

Telephone 786 262 0948

Comments I am sending Modification form

7 90363 00711 1
Fax - Local Send

7 90363 00714 2
Fax - Domestic Send

7 90363 00720 3
Fax - International Send

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2015 FedEx. All rights reserved. Products, services and hours vary by location. 615.OP00.082

0017745PM

TRANSMISSION VERIFICATION REPORT

TIME : 01/17/2018 10:02
NAME : FEDEX OFFICE
FAX : 3055323811
TEL : 3055324241
SER.# : U63314J3J495773

| | |
|---|---|
| DATE,TIME | 01/17 09:58 |
| FAX NO./NAME | 12144881993 |
| DURATION | 00:04:14 |
| PAGE(S) | 09 |
| RESULT | OK |
| MODE | STANDARD ECM |



mr.
cooper
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Dallas, TX 75019

**OUR INFO**
**ONLINE**
www.mrcooper.com

REYES, OLGA

1440 LENOX AVE
MIAMI BEACH, FL 33139

June 28, 2017

**YOUR INFO**
**LOAN NUMBER:** 618269708
**PROPERTY ADDRESS:**
1440 LENOX AVENUE
MIAMI BEACH, FL 33139

Dear REYES, OLGA :

Mr. Cooper recently received a loss mitigation application from you and sent you a notice acknowledging the receipt of your application. We indicated in the acknowledgment that we would attempt to postpone any upcoming foreclosure sale upon receipt of the completed application with all required documentation (the Borrower Response Package).

Please note that in the state of Florida, requests to halt foreclosure actions may be subject to review and/or approval by a court with jurisdiction over the foreclosure proceeding or a public official(s) charged with carrying out the action. There may be circumstances where the court or public official(s) will not permit a scheduled foreclosure sale to be halted if the sale date is imminent and will not grant our request to halt the sale.

If we receive a complete Borrower Response Package more than 37 days prior to a scheduled foreclosure sale, we will halt the foreclosure process and postpone or cancel any impending sale. However, if your complete Borrower Response Package is received less than 37 days prior to a scheduled foreclosure sale date, there is no guarantee that we can evaluate you for a foreclosure alternative in time to stop the foreclosure sale or that a court with jurisdiction over the foreclosure proceeding or public official charged with carrying out the sale will permit us to halt the sale. **Do not ignore any foreclosure notices.**

We wanted to bring this to your attention and also request your cooperation in seeking to postpone any upcoming foreclosure sale in the event your Borrower Response Package is returned to us less than 37 days from a scheduled foreclosure sale. If such a situation arises we ask that you join with Mr. Cooper, in filing documents with the court or public official(s) requesting a postponement of any pending foreclosure sale. Please be advised, however, that even if you do cooperate in filing documentation to postpone the sale, there is no guarantee that the court will agree to the postponement.

If you have questions regarding this or any other communication from us, please contact your assigned Dedicated Loan Specialist, Daniel Gallegos by phone at 866-316-243 or via e-mail at daniel.gallegos@mrcooper.com. Our hours of operation are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 6 p.m. (CT) and Saturday from 8 a.m. to 2 p.m. (CT).

Sincerely,

Mr. Cooper

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**

EQUAL HOUSING OPPORTUNITY